**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 0 3 2016

JAMES W. McCORMACK, CLERK

By _____ *RBu* _____
DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
_____ **DIVISION**

CASE NO. ___4:16-CV-60-SWW___

Jury Trial: ☐ Yes  ☐ No
**(Check One)**

I.   Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.   Name of plaintiff:  ___MARVEO LASHUNN HOPSON___
     ADC # _____
     Address: ___#30 SOUTHERN VALLEY DRIVE, MORRILLTON AR, 72110___

     Name of plaintiff: _____
     ADC # _____

     Address: _____

     Name of plaintiff: _____**This case assigned to District Judge __Wright__**
     ADC # _____**and to Magistrate Judge __Volpe__**

     Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.   Name of defendant: ___Shane West___
     Position: ___Detective/Criminal Investigator/Jail Admin.___
     Place of employment: ___Conway Co. Detention Center/Sheriff's Dept.___
     Address: ___#30 Southern Valley Dr. Morrilton AR 72110___

     Name of defendant: _____

     Position: _____

-4-

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.    Are you suing the defendants in:

⊠    official capacity only
☐    personal capacity only
☐    both official and personal capacity

III.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___  . No  X

B.    If your answer to A is yes, describe the lawsuit in the space below.  (If there is  more than one lawsuit, describe the additional lawsuits on another piece of  paper, using the same outline.)

☐    Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

      ☐     Court (if federal court, name the district; if state court, name the county):

                   _____

      ☐     Docket Number: _____

      ☐     Name of judge to whom case was assigned: _____

      ☐     Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

      ☐     Approximate date of filing lawsuit: _____

      ☐     Approximate date of disposition: _____

IV.    Place of present confinement: _CONWAY COUNTY DETENTION CENTER_

_____

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

____✓____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
       explain: _____

       _____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

       Yes __✓__ No ____

    B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes __/__   No ____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On or about 1-23-15 I was arrested in Faulkner Co. on theft of property and remained there until 3-9-15 and was released. 11-25-15 I went to a probation meeting where I was taken into custody over a unpaid traffic citation, From there I was informed that conway Co. had a warrant of arrest and was on the way to get me. Upon arrival I found out the dates matched Faulkner county's date's of incarceration. Det. Shane West had filled an affidavit for my arrest for theft of property on or about 9-18-15 I've written Several Grievence's and I have been only responded to once, I've asked what I've Stolen, where I stole it, and exatly when and also asked for police or incident report and to no avail.

VIII.    Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I want all charges dropped and reimbursed for loss of wages and Det. West to be held accountable for all actions involved.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 28TH day of January, 20 16.

_Monroe Hopson_

_____

Signature(s) of plaintiff(s)