# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| MARVEO LASHUNN HOPSON, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 4:16CV00060-SWW |
| SHANE WEST, Detective, | * | |
| Conway County | * | |
| | * | |
| Defendant. | * | |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. This action is administratively closed pending the resolution of Plaintiff's state trial.

2. After the charges against him have been fully adjudicated, Plaintiff may file a motion to re-open this case within thirty (30) days if he still wishes to pursue his claims against Defendant West.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 15th day of March, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE